UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WILLIAMSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 14-03195-VEB<br><br>ORDER AWARDING EAJA FEES<br><br>VICTOR E. BIANCHINI<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorneys' fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS ($4,700.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 30, 2016        /s/Victor E. Bianchini
                                              VICTOR E. BIANCHINI
                                              UNITED STATES MAGISTRATE JUDGE